IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jason Smithwick, ) | C/A No. 3:15-cv-01272-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Experian Information Solutions, Inc. and ) | |
| USAA Federal Savings Bank, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER GRANTING USAA FEDERAL SAVINGS BANK'S MOTION TO SET ASIDE ENTRY OF DEFAULT, FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, AND FOR EXTENSION OF SCHEDULING ORDER DEADLINES

This matter is before the Court on the motion ("Motion") of Defendant USAA Federal Savings Bank ("USAA") to set aside the default entered against USAA on September 8, 2015 [Dkt. No. 26], for an extension of time to respond to the Complaint to Friday, October, 2, 2015, and for a ninety-day extension of the deadlines in the Scheduling Order entered in this matter [Dkt. No. 7]. As set forth in the Motion, good cause exists to grant the relief sought in the Motion. Accordingly,

IT IS HEREBY ORDERED that the Motion is granted and the entry of default against USAA is hereby set aside;

IT IS FURTHER ORDERED that USAA shall have until Friday, October 2, 2015, within which to file a response to the Complaint; and

IT IS FURTHER ORDERED that an amended Scheduling Order extending the current deadlines by 90 days will be entered separately.

AND IT IS SO ORDERED.

September 28, 2015                           s/J. Michelle Childs
Columbia, South Carolina                     J. Michelle Childs
                                             United States District Judge