IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jason Smithwick,                                )<br>                                                          )<br>                            Plaintiff,        )<br>                                                          )<br>        vs.                                              )<br>                                                          )<br>Experian Information Solutions, Inc. and )<br>USAA Federal Savings Bank,            )<br>                                                          )<br>                            Defendants.     )<br>_____) | Civil Action No.  3:15-cv-01272-JMC<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINES FOR DEFENDANTS' EXPERT WITNESS DISCLOSURES AND MEDIATION AND TO ALLOW DEFENDANTS TO PARTICIPATE IN MEDIATION BY TELEPHONE** |

This matter is before the court by the parties' Joint Consent Motion to Extend Deadlines for Defendants' Expert Witness Disclosures and Mediation and to Allow Defendants to Participate in Mediation by Telephone in this matter. After a review of this matter, I find there is good cause to grant the Motion and, therefore,

IT IS HEREBY ORDERED that the deadline for the Defendants' expert witness disclosures is extended to January 22, 2016;

IT IS FURTHER ORDERED that the deadline for mediation is extended to February 15, 2016; and

IT IS FURTHER ORDERED that Defendants may appear at mediation by telephone.

**IT IS SO ORDERED.**

December 18, 2015
Columbia, South Carolina

s/J. Michelle Childs
J. Michelle Childs
United States District Judge